■ ELIE TAHARI, Individually and as Trustee of the ELIE TAHARI 2003 GRANTOR RETAINED ANNUITY TRUST, Respondent, v ANDREW ROSEN et al., Defendants, and LINK THEORY HOLDINGS Co., LTD., et al., Appellants. [868 NYS2d 890]

No opinion. Order filed. Concur—Tom, J.P., Gonzalez, Nardelli, Moskowitz and Renwick, JJ.